. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
FILED

JAN 13 2021

Lawrence Randell Hicks Sr. (Kalyana)
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Keivan Shahabi
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lawrence Katyana Randell Hicks Sr.
All other names by which you have been known: Lawrence Randell Hicks
ID Number:
Current Institution Address: 701 N. San Jacinto St.

Houston, Texas 77002
*City       State      Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Keivan Shahabi
Job or Title *(if known)*: Attorney at Law
Shield Number:
Employer: Attorney
Address: 2600 South Loop West Suite 210
Houston, Texas 77054
*City       State      Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

*City       State      Zip Code*

☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: n/a
  Job or Title (if known): n/a
  Shield Number: n/a
  Employer: n/a
  Address: n/a
  n/a
  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name: n/a
  Job or Title (if known): n/a
  Shield Number: n/a
  Employer: n/a
  Address: n/a
  n/a
  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  14th amendment, 5th, 4th, 8th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attachments*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*I was hit by a 1500 Ram AAA truck and I was tooken to LBJ hospital for injuries to my knee, leg, ankle, and foot. [See attachments]*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/a*

C. What date and approximate time did the events giving rise to your claim(s) occur?

_____ ~~As to~~ see attachments _____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____ ~~As to~~ see attachments _____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____ ~~As to~~ see attachments _____

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_____ See attachments _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☑ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   n/a

2. What did you claim in your grievance?

   n/a

3. What was the result, if any?

   n/a

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   n/a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    _Had nothing to do with the state_

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _N/a_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _N/a_

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/a_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _n/a_
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _n/a_

3. Docket or index number
   _n/a_

4. Name of Judge assigned to your case
   _n/a_

5. Approximate date of filing lawsuit
   _n/a_

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _n/a_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _n/a_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/a

3. Docket or index number

   N/a

4. Name of Judge assigned to your case

   N/a

5. Approximate date of filing lawsuit

   N/a

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    N/a

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/11/2021

Signature of Plaintiff: Lawrence K. Randell Hicks Sr.
Printed Name of Plaintiff: Lawrence K. Randell Hicks Sr.
Prison Identification #: SPN# 01571609
Prison Address: 701 N. San Jacinto
Houston, Texas 77002

### B. For Attorneys

Date of signing:

Signature of Attorney: n/a
Printed Name of Attorney: n/a
Bar Number: n/a
Name of Law Firm: n/a
Address: n/a
n/a City, State, Zip Code
Telephone Number: n/a
E-mail Address: n/a

Page 11 of 11

II Basis for Jurisdiction

D. Attorney Keivan Shahabi did then and there unlawfully intentionally and knowingly abused his oath and the Texas Lawyer Creed which he is licensed by the Supreme Court of Texas that he must therefor abide by the Texas Disciplinary Rules of Professional Conduct in which he didn't. A lawyer shall not be deffered nor be influenced by mere self intrest. Which was disgraceful and unethical. Attorney Keivan Shahabi has failed to act in a manner that reflects credibly on the State Bar Association of Texas. I feel that Attorney Keivan Shahabi violated the full Lawyers to Client Texas Lawyer Creed I-II

IV Statement of Claim

A. On and about approximately Aug. 2016 I went to downtown Fannin st. to theropy whereas I met Attorney Keivan Shahabi. He approach me and asked me was I in need for an attorney, I said yes. Attorney Keivan Shahabi then took me into an office at the same location and coercion me to sign a

②

IV Statement of Claim (for C+D also)
contract whereas I get 34% Attorney Keivan Shahabi get 33% and the doctors get 33%. I was introduced to attorney Keivan Shahabi partner Attorney Gorge (can't remeber his last name) but they stated that they would help me in every way during the process. Then later attorney Keivan Shahabi stated I should borrow money from Oasis for my financial issues which ended very quickly I became homeless for a year. I couldn't work because of my condition and still today I can't work. I did try to work for money but it was very painful everyday of work I had to stop working because each day became more painful. I went to get steriod injections to help but still today having problems. Finally Keivan Shahabi called me into Gorge's office and coercion me into taking a personal check $7,500 having me to believe that I could loose the case that stalled for two years

③

V Injuries

A fractured leg many tissues torn from knee (right leg right knee) skin & meat torn from the right ankle and right foot. Doctors address the tissues in my knee will never fully develop properly. I'm still today taking pain medication (gabapentin) (send to medical records)

VI Relief

I'm requesting 1.5 million do to the fact I am suffering Post tranmatic stress, pain and suffering, and mental anguish plus emotional reactions taking Sike meds. (please send to medical records) I strongly suffer physical pain to the ~~kn~~ knee and ankle and still today taking pain medication. I lost the ability to run or jogg. When I get up in the mornings I have to train my walk cause my knee will give out and I would fall if I'm moving to fast. I have fallen several times. (unspecified monetary damages)

④

Mr. Bradley,

I never filled out one of these forms so I hope and pray it is correct and helpful. If anything isn't right could you please somehow help me complete it properly. If I need to do it over please inform me to do so. I thank you for your time also stay safe and healthy.

